AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

TYRONICA EVETT HILL

## WARRANT FOR ARREST

CASE NUMBER: 00-4005-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ TYRONICA EVETT HILL _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

FILED by __ D.C.
JAN 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Lurana S. Snow
Name of Issuing Officer

*(signed)* Jenny Butler
Signature of Issuing Officer

Bail fixed at $ 250,000 Corporate Surety Bond with Nebbia

Chief United States Magistrate Judge
Title of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

by *(signed)* Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: TYRONICA EVETT HILL

ALIAS: BARABARA HILL; EVETT HILL

LAST KNOWN RESIDENCE: 155 VIA MILAN DRIVE, DAVIE, FLORIDA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: GEORGIA

DATE OF BIRTH: 09/08/1968

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'6          WEIGHT: 140 POUNDS

SEX: FEMALE          RACE: BLACK

HAIR: BLACK          EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: TATTOO LEFT ARM

FBI NUMBER: 133166KA7

COMPLETE DESCRIPTION OF AUTO: 1998 FORD EXPEDITION/ BLACK

INVESTIGATIVE AGENCY AND ADDRESS: UNITED STATES SECRET SERVICE

8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166