## COURT MINUTES
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

"ADD ON"

DEFT: Tyronica Hill (surrender)   CASE NO: 00-4005-LSS
AUSA: Bertha Mitrani *present*   ATTY: Atty. Richard Hirsch
AGENT: _____   VIOL: _____ (temp)
PROCEEDING: Initial Appearance   BOND REC: 250,000 Corp. Surety
BOND HEARING HELD - (yes)/no    COUNSEL APPOINTED: _____
___ BOND SET @ $25,000 PSB + $25,000 10% per bonds
CO-SIGNATURES: boyfriend Harold Robinson
SPECIAL CONDITIONS: ✓

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.
3) ✓ Surrender and/or do not obtain passports/travel documents.
4) ✓ Rpt to PTS (directed to) ___ x's a week/month by phone; ___ x's a week/month in person.
5) ✓ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) ~~Maintain or seek full-time employment.~~ N/A
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL
12) ___ Halfway House
___ Electronic Monitoring

reside at current address, no illegal drugs or excessive alcohol

A-Advised of charges.

FILED by ___ D.C.
JAN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:   1-24-00   11:00am   BSS
PTD/BOND HEARING:    ✓
PRELIM/ARRAIGN. or XXXXX: 1-24-00   11:00am   BSS
STATUS CONFERENCE:

DATE: 1-19-00   TIME: 11:00am   TAPE # 00-003   PG# 2
1176-1760