0004-0118-0803-J

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

TYRONICA EVETT HILL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6019-CR

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ TYRONICA EVETT HILL _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

Lurana S. Snow
Name of Issuing Officer

/s/ Jenny Butler
Signature of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 250,000 Corporate Surety Bond with Nebbia    by /s/ Lurana S. Snow, Chief United States Magistrate Judge
                                                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED<br>1/14/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>1/19/2000 | FOR: USSS | Fred DePompa, SDUSM |

30

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____TYRONICA EVETT HILL_____

ALIAS: _____BARABARA HILL; EVETT HILL_____

LAST KNOWN RESIDENCE: 155 VIA MILAN DRIVE, DAVIE, FLORIDA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: GEORGIA

DATE OF BIRTH: 09/08/1968

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'6         WEIGHT: 140 POUNDS

SEX: FEMALE         RACE: BLACK

HAIR: BLACK         EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: TATTOO LEFT ARM

FBI NUMBER: 133166KA7

COMPLETE DESCRIPTION OF AUTO: 1998 FORD EXPEDITION/ BLACK

INVESTIGATIVE AGENCY AND ADDRESS: UNITED STATES SECRET SERVICE

8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166