# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR 00-6019-CR-WJZ / 00-4005-LSS |
| Plaintiff ) | |
| ) | |
| -vs- ) | REPORT COMMENCING CRIMINAL ACTION |
| ) | |
| TYRONICA EVETT HILL ) | FILED by ___ D.C. |
| Defendant | JAN 21 2000 |
| | CLARENCE MADDOX |
| | CLERK U.S. DIST. CT. |
| | S.D. OF FLA FT LAUDERDALE |

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    WPB
    U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 01/19/00 @ 9:30 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: 18 USC 513 - COUNTERFEITING, 18 USC - 371 CONSPIRACY

(4) UNITED STATES CITIZEN:    ✓ YES    ( ) NO    ( ) UNKNOWN

(5) DATE OF BIRTH: 09/08/68

(6) TYPE OF CHARGING DOCUMENT (CHECK ONE)
    [ ] INDICTMENT    [✓] COMPLAINT    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?    [ ] YES    [ ] NO

AMOUNT OF BOND: $_____    WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 01/19/00    ARRESTING OFFICER: SA CHRIS CARUSO

(10) AGENCY: U.S.S.S.    PHONE #: 305/629-1800

(12) COMMENTS _____

35