UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE N° 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                                                                              **NOTICE OF APPEARANCE**

TYRONICA HILL,

    *Defendant.*
_____/

Comes Now, **RICHARD HERSCH, ESQUIRE**, and hereby enters his appearance as counsel of record for the above-named defendant in the above-styled cause. This appearance is for trial purposes only. The Clerk of this Court is hereby directed to furnish all future pleadings and/or correspondence pertaining to this cause to the undersigned.

    Respectfully submitted,

    **HERSCH & TALISMAN, P.A.**
    1110 Brickell Avenue
    Penthouse One
    Miami, Florida 33131
    Tel: (305) 358-0570

    RICHARD HERSCH
    FLORIDA BAR N° 305065

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24 day of January, 2000, a true and correct copy of the foregoing was furnished to United States Attorney Office, 500 East Broward Boulevard, Suite 700 Fort Lauderdale, Florida 33394.

    RICHARD HERSCH