UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-Zloch

UNITED STATES OF AMERICA

vs

Tyronica Hill



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-24-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:            Address: SEE BOND

                     Telephone: _____

DEFENSE COUNSEL:     Name: Richard Hersch

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ Cont'd on bond as set

Bond hearing held: yes____ no____  Bond hearing set for_____

Dated this  24  day of  January , 2000 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK
By: _____
Deputy Clerk

Tape No. 00-006

cc: Clerk for Judge
    U. S. Attorney