U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

00-6019-CR-ZLOCH
00-4005-Snow

DEFT: Tyronica Hill (B)　　　　CASE NO: _____

AUSA: Bertha Mitrani　　　　ATTNY: Richard Hersch (temp) (perm)

AGENT: _____　　　　VIOL: _____

PROCEEDING: Iquiry re counsel/ Prelim/Arraignment　　　　BOND REC: _____

BOND HEARING HELD - yes/no　　　　COUNSEL APPOINTED: _____

___ BOND SET @ _____

FILED by _____ D.C.
JAN 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: 2-8-00 11:00am Snow

DATE: 1-24-00　　TIME: 11:00am　　TAPE # 00-006　　PG # 12

1011-1228

49