HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __TYRONICA HILL, etal__   CASE NO: __00-6019-CR-ZLOCH__

AUSA __BERTHA MITRANI / Thompson__   ATTY __RICHARD HERSCH__ pres

FPD FOR CRSTAL McGEE; DAVID HODGE, ESQ. FOR SHEKEISHA BANNER;
PAUL McKENNA, ESQ. FOR ANTOINETTE GREENE; GARY KOLLIN, ESQ. FOR LAURENCE
YANCY  *disc out today - trial set   m/ due 2-22*   Tape 00-007 @ 3250

DEFT __CONOR CLAXTON etal__   CASE NO: __99-6176-CR-FERGUSON(s)__

AUSA __STEPHANIE PELL / Scruggs__   ATTY __FRED HADDAD__ pres

FREDERICK MANN, ESQ., FOR ANTHONY SMYTH; ALBERT LEVIN, ESQ. FOR SIOBAN
BROWNE; DANIEL McELHATTON, ESQ. MARTIN MULLAN

*Brad ?? stood in   Motion hearing set for week of March 27*   Tape 00-007 @ 3407 008 +

DEFT __JAMES RANDALL CHISOLM__   CASE NO: __99-6221-CR-FERGUSON__

AUSA __LYNN ROSENTHAL / Thompson__   ATTY __FPD Lopez for The Day__   Tape 00-008

*No pending motions   disc out - trial possible*   @ 436

DEFT __PATRICK BENSON MARTIN__   CASE NO: __97-6128-CR-ZLOCH__

AUSA __ROGER POWELL__ pres   ATTY __BRUCE ALTER__ pres

*disc out today
trial set
m/ to continue to be filed
Feb 22 motions due*

@ 460

DATE __FEBRUARY 8, 2000__   TIME __11:00__