UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE № 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

TYRONICA HILL,

    *Defendant.*
_____/

## MOTION TO ADOPT CO-DEFENDANT'S MOTIONS AND INCORPORATED MEMORANDUM OF LAW

**COMES NOW**, the Defendant, **TYRONICA HILL**, by and through undersigned counsel, and files this Motion to Adopt Co-Defendant's Motions and Incorporated Memorandum of Law and would state as grounds as follows:

1. The Defendant is charged by Indictment with Counterfeit Securities violations (28 counts) in violation of Title 18 § 513(a). Named as co-defendants in this case are Crystal McGee, Antoinette Greene, Laurance Yancy and Shekeisha Banner.

2. Hill is alleged to have conspired with these four and others in an attempt to negotiate counterfeit checks in the Southern District of Florida. The Defendant has standing to many of the same legal issues expected to be raised by the co-defendants. Defendant Hill requests that she be allowed to adopt the motions filed on behalf of her co-defendants to the extent that this Court determines her to have standing.

CASE Nº  00-6019-CR-ZLOCH

3. This motion is filed to conserve judicial resources and in the interest of avoiding duplicity and promoting the efficient administration of justice.

**WHEREFORE** the Defendant respectfully requests that the relief requested above be granted.

Respectfully submitted,

**LAW OFFICES OF RICHARD HERSCH**
1110 Brickell Avenue, PH-One
Miami, Florida 33131
Tel: (305) 358-0570

RICHARD HERSCH
FLORIDA BAR Nº 305065

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22d day of February, 2000, a true and correct copy of the foregoing was furnished to:

Bertha Mitrani
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394

Gary Kollin
7900 Peters Road
Suite B-100
Fort Lauderdale, Florida 33324

Samuel Smargon
Asst. Federal Defender
1-1N.E. 3d Ave., Suite 202
Fort Lauderdale, Florida

David Hodge
727 Northeast 3d Ave3, Suite 100
Fort Lauderdale, Florida 33304

2

CASE Nº   00-6019-CR-ZLOCH

Paul McKenna
McKenna & Obront
2666 Tigertail Ave., Suite 104
Coconut Grove, FL  33133

RICHARD HERSCH