UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

TYRONICA HILL,

Defendant.

ORDER ON DEFENDANT TYRONICA
HILL'S MOTION TO ADOPT
CODEFENDANT'S MOTIONS

_____/

THIS CAUSE is before the Court on the above-styled motion and was referred to United States Magistrate Judge Barry S. Seltzer, and being fully advised, it is

ORDERED that the motion is hereby GRANTED except as to any matter where standing is a necessary element of participation. Any objection taken to or appeal from any ruling by any Magistrate Judge must be taken specifically, individually and timely.

DONE AND ORDERED at Fort Lauderdale, Florida this ___ day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Bertha Mitrani, Esquire
United States Attorney's Office

Richard Hersch, Esquire
1110 Brickell Avenue, PH-One
Miami, Florida 33131
Attorney for Defendant