UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

v.

TYRONICA EVETT HILL
CRYSTAL MCGEE,
ANTIONETTE GREENE,
a/k/a "Antionette Green,"
LAURENCE YANCY, and
SHAKEISHA BANNER,

    Defendants.
_____/

## UNITED STATES' FIRST SUPPLEMENTAL RESPONSE

## TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order.

This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and

is numbered to correspond with Local Rule 88.10.

    5.    Books, papers, documents, and photographs which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant have been provided to defense counsel together with this discovery response. The items provided, however, are not necessarily copies of all of the books, papers, documents, etc., that the government may introduce at trial.

The attachments to this response are numbered pages 172- 213. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *[signature]*
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33354
Tel: 954/ 356-7255
Fax: 954/356-7336

cc:   Special Agent Caruso
      Secret Service

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by Federal Express this 24th day of February, 2000 to:

Richard Hersch, Esquire
Hersch & Talisman, P.A.
1110 Brickell Avenue
Penthouse One
Miami, Florida 33131

Gary Kollin, Esquire
7900 Peters Road
Suite B-100
Fort Lauderdale, Florida 33324-4008

David Hodge, Esquire
727 Northeast Third Avenue, Suite 100
Fort Lauderdale, Florida 33304

Paul A. McKenna, Esquire
McKenna & Obront
2666 Tigertail Avenue, Suite 104
Coconut Grove, Florida 33133

and by hand delivery to the Public Defender's Mailbox to

Samual J. Smargon
Assistant Federal Public Defender
Office of The Public Defender
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida

Bertha R. Mitrani
Assistant United States Attorney