UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FEB 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6019-CR-Zloch   DATE 2-25-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Tyronica Hill, et al

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Richard Hersch

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft Hill's ore tenus mtn to continue granted - all time excludable until trial actually commences —

JUDGMENT

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC

65