UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-ZLOCH



UNITED STATES OF AMERICA,

     Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

TYRONICA EVETT HILL,
LAURENCE YANCY, and
SHEKEISHA BANNER,

     Defendants.

_____/

THIS MATTER is before the Court for Calendar Call on February 25, 2000; upon the Defendant, Tyronica Evett Hill's ore tenus Motion For Continuance; upon the Defendant Laurence Yancy's, Motion To Continue Trial Date & Calendar Call, bearing Certificate of Service dated February 8, 2000; and upon the Defendant, Shekeisha Banner's, Motion To Continue, bearing Certificate of Service dated February 10, 2000; said motions based upon the need of counsel for said Defendants for additional time within which to prepare to defend this matter and based on ongoing plea negotiations. The Court has carefully reviewed said Motions and being otherwise fully

advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendants Hill, Yancy and Banner's Motions For Continuance be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of February 28, 2000 and is hereby reset for the two-week trial calendar commencing on Monday, March 13, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, March 10, 2000, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, February 8, 2000, through and including March 13, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title

2

18, United States Code, §§ 3161(h)(8) and 3161(h)(1)(I).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2000.


WILLIAM J. ZLOCH
United States District Judge


Copies furnished:

Bertha Mitrani, Esq., AUSA

Richard Hersch, Esq.
For Defendant Hill

Gary Kolin, Esq.
For Defendant Yancy

David Hodge, Esq.
For Defendant Banner