UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6019-CR-ZLOCH



UNITED STATES OF AMERICA

v.

TYRONICA EVETT HILL

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                COURTROOM A
299 E. BROWARD BLVD.                 DATE & TIME:
FT. LAUDERDALE, Fl, 33301            March 17, 2000 at 11:30 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                     CLARENCE MADDOX
                                     CLERK OF COURT

                                     _____
                                     BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Hersch, Esq.

77