UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6019-CR-Zloch   DATE 3-17-00

CLERK Carline Newby   REPORTER Anita LaRocca

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Tyronica Evett Hill

U.S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Richard Hersch

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 6-16-00   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement —


80