UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6019-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

TYRONICA EVETT HILL

**TYPE OF CASE**                         CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                                COURTROOM A
299 E. BROWARD BLVD.                 DATE & TIME:
FT. LAUDERDALE, Fl, 33301            June 19, 2000, at 10:00 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Hersch, Esq.
Probation

