UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE Nº 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

*Plaintiff,*
vs.

TYRONICA HILL,

*Defendant.*
_____/

## JOINT MOTION FOR CONSOLIDATION OF CASES

COMES NOW the United States and the Defendant, jointly and through undersigned counsel, and request of this Court and of United States District Judge Dimitouleas that the Defendant's two cases be consolidated. The Parties would aver as follows:

1. The Defendant is charged in a multi-defendant indictment in Case No. 00-6019-CR with counterfeit securities (checks) charges. On March 17, 2000 the Defendant entered a plea of guilty pursuant to agreement and is scheduled to be sentenced by this Court on June 19, 2000.

2. Subsequently, an indictment was returned in April charging three individuals with access device (credit card) offenses. *United States v. Pereira, et.al.*, Case No. 00-6042-CR-ZLOCH. Ultimately, it was determined that the Defendant Hill had complicity in this credit card scheme.

3. The Defendant Hill and the Government have entered into an agreement regarding these credit card charges. An information was filed on May 23, 2000 charging Hill with the offenses found in the *Pereira* case. currently pending before this Court. However, as the information was filed



CASE Nº 00-6019-CR-ZLOCH

it picked up a new case number (00-6143-CR-DIMITROULEAS) and a new Judge. The parties now seek to consolidate the new information with the original indictment in this case.

    4.    Local Rule 3.9 addresses the transfer of refiled and similar actions. Subsection C. provides as follows:

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned.

In fact, it would be a unnecessary duplication of judicial effort for Judge Dimitrouleas to maintain the new action filed by information (00-6143). This Court has familiarity with the subject matter of the Defendant's first case as well as the conspiracy and parties alleged in the second case. Logically, both cases should be heard by this Court. It is the desire of the Government and the Defendant, that these cases be heard together in this Court.

**WHEREFORE** it is respectfully requested that, pursuant to Local Rule 3.9C. that the newly filed information (00-6143) be consolidated with the earlier filed action (00-6016-CR-ZLOCH)

Respectfully submitted,

| | |
|---|---|
| AUSA Bertha Mitrani | Hersch & Talisman, P.A. |
| 500 East Broward Blvd. | 1110 Brickell Ave., PH-One |
| Fort Lauderdale, FL 33394 | Miami, FL 33131 |
| Fla. Bar No. 88171 | Fla. Bar No. 305065 |

_____    _____
United States Attorney Guy A. Lewis    Richard Hersch
by AUSA Bertha Mitrani

CASE Nº 00-6019-CR-ZLOCH

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand upon AUSA Bertha Mitrani, 500 East Broward Blvd., Ft. Lauderdale, Florida 33394, on the 30th day of May, 2000.

RICHARD HERSCH