UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE N° 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

TYRONICA HILL,

    *Defendant*
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING DATE

**COMES NOW** the Defendant, by and through undersigned counsel, and moves this honorable Court to continue the existing sentencing date. The Defendant would state as follows:

1.   The Defendant has entered a plea of guilty, pursuant to plea agreement, to one count of counterfeit securities (checks) charges. **The Defendant is scheduled to be sentenced by this court on June 19, 2000,** pursuant to this court's Order of May 25.

2.   The Defendant has recently been charged in a separate case charging access device (credit card) offenses, under Case No. CR-00-6143-CR-DIMITROULEAS. Pursuant to Local Rule 3.9, the Defendant has advised Judge Dimitrouleas and this Court that a related case (this case) exists and has requested consolidation.

3.   It is the Defendant's intent to enter a plea of guilty in Case No. 00-6143. A plea agreement has already been executed between the United States and the Defendant.



CASE N° 00-6019-CR-ZLOCH

4.    It is the desire of the United States and the Defendant that sentencing on both cases occur at the same time. Such consolidation is envisioned by the plea agreement and meets the interest of all parties.

5.    At the time of this writing, the motion for consolidation has not been ruled upon. It is in the interest of judicial economy and efficiency that these cases be consolidated and that sentencing occur at the same time.

**WHEREFORE** it is respectfully requested that this honorable court continue the date of sentencing in this cause and ultimately to consolidate this case for sentencing with Case No. 00-6143.

> Respectfully submitted,
> Hersch & Talisman, P.A.
> 1110 Brickell Ave., PH-One
> Miami, FL 33131
> Fla. Bar No. 305065

Richard Hersch

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand upon AUSA Bertha Mitrani, 500 East Broward Blvd., Ft. Lauderdale, Florida 33394, on the 6 day of June, 2000.

RICHARD HERSCH

2