UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

      V.                          O R D E R

TYRONICA HILL

    Defendant

_____

THIS MATTER is before the Court upon Unopposed Motion For Continuance of Sentencing Date (filed June 9, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned be and the same is hereby GRANTED. Sentencing is hereby reset to August 25, 2000 at 11:00 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Richard Hersch, Esq.
Probation