UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6019-CR-ZLOCH
00-6143-CR-ZLOCH

UNITED STATES OF AMERICA

v.

TYRONICA EVETT HILL

**TYPE OF CASE**                    CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                                    COURTROOM A
299 E. BROWARD BLVD.                         DATE & TIME:
FT. LAUDERDALE, Fl, 33301            September 12, 2000, at 10:15 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 8, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Hersch, Esq.
Probation