PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. TYRONICA HILL                    Docket No. 00-6019-CR-Zloch

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant TYRONICA HILL, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in Court at FT. LAUD., on JANUARY 19,2000, under the following conditions:

Report to PTS as directed, random drug testing/treatment, travel restricted to SD/FL, surrender any travel documents, avoid contact with victims or witnesses, not to possess weapons/firearms.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant did violate the law and/or illegally possess a non-physician prescribed substance, specifically, cocaine, as evidenced by urinalysis testing conducted on 8/8/00 and confirmed by Pharmchem Labs.

PRAYING THE COURT WILL ORDER THAT A BOND VIOLATION HEARING BE HELD AT SENTENCING PURSUANT TO 18 U.S.C. 3148 TO DETERMINE IF BOND WILL BE REVOKED.

ORDER OF COURT

Considered and ordered this _24th_ day of _AUGUST_, 20_00_ and ordered filed and made a part of the records in the above case.

_____
Hon. William J. Zloch
Chief U.S. District Judge

Respectfully,

_____
James T. Jamros
U.S. Pretrial Services Officer

Place: FT. LAUD.

Date: August 24, 2000