UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6019-CR-Zloch / 00-6143-CR-Zloch    DATE 9-12-00

CLERK Carlene Reciley    REPORTER Carl Scherdel

PROBATION Kathryn Gomez    INTERPRETER

UNITED STATES OF AMERICA v. Tyronica Evett Hill

U. S. ATTORNEY Bertha M. Trani    DEFT COUNSEL Richard Hersch

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's objections to enhancement & acceptance denied - ct 1 - 00-6019-CR & ct 1 - 00-6143-CR -- 41 months each custody of BOP to run concurrently w/ ea.

JUDGMENT each other - Restitution - $ 00-6019-CR - $    00-6143-CR - 2 yrs supervised release as to each case to be served concurrently -

CASE CONTINUED TO _____ TIME _____ FOR _____

Spec Conds - Participate in Drug/Alcohol abuse
MISC program - Provide full financial disclosure
Not incur further debt w/o prior written
permission of probn - Full time employment
obtain appraisal before self-employment - $200
assessment - Execution of sentence deferred until
Noon - Nov 30, 2000. Ct Recommend facility to
treat substance abuse problem & further recommends
a facility in Florida - Remaining cts dismissed -