AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 1

FILED by _____ D.C.

SEP 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA
V.
TYRONICA EVETT HILL

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6019-CR-ZLOCH
00-6143-CR-ZLOCH

RICHARD HERSCH, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) 1 of 00-6019-CR-ZLOCH & Count 1 of 00-6143-CR-ZLOCH

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:371 | conspiracy to make, utter and possess counterfeited and forged securities | 1/2000 | 1 -00-6019-C |
| 18:371 | conspiracy to commit access device fraud | 8/99 | 1 -00-6143-C |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) remaining (is)(are) dismissed on the motion of the United States.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 9/8/68
Defendant's USM No.: 55148-004
Defendant's Residence Address:
1801 NW 31st Avenue #204
Ft. Lauderdale, FL 33311

Defendant's Mailing Address:

*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By [signature] Deputy Clerk Date September 14, 2000*

9/12/00
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

9/15/00
Date

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

116

AO 245B (Rev 8/96) Judgment in a Criminal Case
Sheet 6 - Statement of Reasons

Judgment - Page 6 of 6

DEFENDANT: TYRONICA EVETT HILL
CASE NUMBER: 00-6019-CR-ZLOCH
00-6143-CR-ZLOCH

## STATEMENT OF REASONS

[X] The court adopts the factual findings and guideline application in the presentence report.

OR

[ ] The court adopts the factual finding and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court :

Total Offense Level:    20

Criminal History Category:    III

Imprisonment Range:    41 - 51 months

Supervised Release Range:    2 - 3 years

Fine Range: $ 7,500 to $ 75,000

[X] Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ 70,949.88

[ ] Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

[ ] For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

[ ] Partial restitution is ordered for the following reason(s):

[X] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

OR

[ ] The sentence departs from the guideline range:

[ ] upon motion of the government, as a result of defendant's substantial assistance.

[ ] for the following specific reason(s):

No further action required by the U.S. Marshals Service.

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM

ED. PURCHASE

OCT 16 A 95