AO 245B (Rev. 8/96) Judgment in a Criminal Case.
Sheet 2 — Imprisonment

DEFENDANT: TYRONICA EVETT HILL
CASE NUMBER: 00-6019-CR-ZLOCH
00-6143-CR-ZLOCH

Judgment – Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 41 months as to Count One in 00-6019-CR-ZLOCH and 41 months as to the one count information in 00-6143-CR-ZLOCH, TO BE SERVED CONCURRENTLY WITH EACH OTHER.

[x] The court makes the following recommendations to the Bureau of Prisons:

a facility capable of treating defendant's substance abuse problems and the court recommends a facility in Florida.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____ .
  [ ] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [x] before ~~2:00 p.m.~~ noon November 30, 2000.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

DEFENDANT DELIVERED ON
SURRENDERED ON 11-30-00
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS _____; USM _____
BY: Ken ____ L.I.E.
For Inmate Systems Manager

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal