

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                    ORDER DISCHARGING BOND

TYRONICA HILL
_____

THIS MATTER is before the court upon Motion For Disbursement Of Bond (filed July 15, 2002), and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the bond posted on behalf of defendant in this case is hereby discharged. The Clerk of Court is hereby ORDERED to disburse to Harold Robinson c/o Isadora Robinson, 14610 SW 103rd Avenue, Miami, Florida 33176 the defendant's bond plus any accrued interest.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 15th day of July, 2002.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA
Michael Rosen, Esq.
Financial