PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 62478

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-ZLOCH  
00-6143-CR-ZLOCH



FILED by _____ D.C.
FEB 18 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Tyronica Evett Hill

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: September 12, 2000

Original Offense: Conspiracy to Make, Utter and Possess Counterfeited and Forged Securities, 18 U.S.C. § 371, a class D felony. (Case#00-6019-CR-ZLOCH)

Conspiracy to Commit Access Device Fraud, 18 U.S.C. § 371, a class D felony. (Case#00-6143-CR-ZLOCH)

Original Sentence: Forty-one (41) months custody of the Bureau of Prisons on each count to be served concurrently, followed by two (2) years supervised release on each count to be served concurrently. Special conditions: 1. Participate in a drug treatment program. 2. Full financial disclosure. 3. Cannot incur any new debt or open additional lines of credit. 4. Maintain full-time, legitimate employment and cannot be unemployed for more than 30 days. 5. Cannot enter into self-employment without prior approval from the probation office. 6. Pay $70,949.88 in restitution.

Type of Supervision: Supervised Release   Date Supervision Commenced: December 21, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $25.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

PROB 12B                                                                 SD/FL PACTS No. 62478
(SD/FL 9/96)

# CAUSE

     Ms. Hill was ordered to pay restitution in the amount of $70,949.88. During the defendant's incarceration period, she was diagnosed with Schizophrenia, Paranoid Type and placed under the care of a psychologist. Immediately upon Ms. Hill's release from prison, she was linked with Henderson Mental Health Clinic, and she is receiving the appropriate medication. The defendant has filed for disability benefits based on her mental health condition. Ms. Hill has already been approved for food stamps and medicare benefits.

     Based on the defendant's financial situation, she will only be able to pay $25.00 per month towards her court-ordered obligation. The defendant has signed a Probation Form 49, Waiver of Hearing, agreeing to modify her conditions of supervised release to include making monthly payments of $25.00 towards her restitution. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by  _[signature]_

Diane Acquaviva
U.S. Probation Officer
Phone: (954) 769-5573
Date: February 9, 2004

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

_[signature]_
Signature of Judicial Officer

2/18/04
Date