PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 62478

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. **00-6019-CR-ZLOCH**  
**00-6143-CR-ZLOCH**



FILED by _____ D.C.

AUG 0 5 2005

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Tyronica Evett Hill

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: September 12, 2000

Original Offense:

    <u>Case No. 00-6019-CR</u>  
    Conspiracy to Make, Utter and Possess Counterfeited and Forged Securities, 18 U.S.C. § 371, a class D felony.

    <u>Case No. 00-6143-CR</u>  
    Conspiracy to Commit Access Device Fraud, 18 U.S.C. § 371, a class D felony.

Original Sentence: Forty-one (41) months custody of the Bureau of Prison on each case, to run concurrently, followed by two (2) years supervised release on each case, to run concurrently. Special conditions: participate in an approved treatment program for drug and/or alcohol abuse, provide complete financial information, shall not incur any further debt, maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, cannot enter into any self-employment, and pay $70,949.88 in restitution.

Type of Supervision: Supervised Release      Date Supervision Commenced: December 22, 2003

## PETITIONING THE COURT

[X]   To issue a warrant  
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 62478

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to satisfy the court-ordered restitution. On September 12, 2000, restitution in the amount of $70,949.88 was ordered by the court. On February 18, 2004 via a waiver of hearing and modification order, the conditions were modified to include the defendant make payments in the amount of $25.00 per month, and to date, she has failed to comply with the agreement and is currently four (4) months in arrears. |
| 2. | **Violation of Mandatory Condition**, by failing to submit to drug testing. On March 16, 2005, the defendant was instructed to submit to drug testing and failed to do so. |
| 3. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On January 24th, March 16th, and April 29th of 2005, the defendant was instructed to report to the U.S. Probation Office every Monday, and she failed to comply. |
| 4. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about June 23, 2005, the defendant moved from her residence located at 2635 N.W. 20th Avenue, #3, Ft. Lauderdale, Florida 33309, and her whereabouts is unknown. |
| 5. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On June 29, 2005 via a letter, the defendant was instructed to report to the U.S. Probation Officer on July 11, 2005, and she failed to comply. |

PROB 12C    SD/FL PACTS No. 62478
(SD/FL 3/05)

6. **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for the months of April, May and June of 2005.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of July 2005

_____
Diane Acquaviva
U.S. Probation Officer
Phone: (954) 769-5573

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

8/5/05
_____
Date